## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| MARK A. BOWEN ) | |
| ) | |
| PLAINTIFF ) | |
| vs. ) | |
| ) | |
| DITECH FINANCIAL LLC, f/d/b/a ) | CA No. 2:16-cv-00195-JAW |
| GREEN TREE SERVICING LLC ) | |
| ) | |
| THE FEDERAL NATIONAL MORTGAGE ) | |
| ASSOCIATION ) | |
| ) | |
| DEFENDANTS ) | |

### Plaintiff's Motion To Expedite

The Plaintiff, Mark A. Bowen, requests that the Court issue an expedited briefing schedule and determination on the Plaintiff's Motion to Exclude or Convert the Defendants' Motion to Dismiss. In support thereof the Plaintiff states the following:

The Court issued a Procedural Order (Doc. #63) yesterday, February 7, 2017 which set out deadlines for filing of dispositive motions by March 1, 2017. As argued in the Plaintiff's Motion to Exclude or Convert, the Defendants' Motion to Dismiss includes facts and documents outside the four corners of the Amended Complaint and should either be stricken or converted to a Motion for Summary Judgment. The legal standards for a Motion to Dismiss and Motion for Summary Judgment are different and require citations to entirely different pleadings and documents. Either striking the Motion to Dismiss or converting it to a Motion for Summary Judgment, which would be warranted given the content of the Motion to Dismiss, would enable the parties to move forward with one set of briefings under one standard of proof- that of

Summary Judgment. The Plaintiff therefore respectfully requests an expedited briefing schedule and determination on the Motion to Exclude or Convert before the March 1, 2017 deadline.

Respectfully submitted this 8th day of February, 2017,

/s/ Andrea Bopp Stark
Andrea Bopp Stark, Esquire
Molleur Law Office
419 Alfred Street
Biddeford, ME 04005-3747
Office:  207-283-3777
Fax:  207-283-4558
Email:  andrea@molleurlaw.com

**CERTIFICATE OF SERVICE**

I, Andrea Bopp Stark, hereby certify that I am over eighteen years old and caused a true and correct copy of the Plaintiff's Motion to Expedite to be served on the parties per the Court's ECF electronic filing system, on February 8, 2017.

Dated: February 8, 2017

Mark A. Bowen

By:
/s/ Andrea Bopp Stark
Andrea Bopp Stark
Molleur Law Office
419 Alfred Street
Biddeford, ME 04005-3747
207-283-3777
andrea@molleurlaw.com