UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARK A. BOWEN, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>DITECH FINANCIAL LLC, f/b/d/a )<br>GREEN TREE SERVICING LLC, )<br>et al., )<br>)<br>    Defendants ) | 2:16-cv-00195-JAW |

**ORDER SETTING SETTLEMENT CONFERENCE**

It is hereby ORDERED that this matter be set for a settlement conference to be held before U.S. Magistrate Judge John C. Nivison at the U.S. District Courthouse, 156 Federal Street, Portland, Maine, on February 27, 2017, commencing at 8:30 a.m.

It is FURTHER ORDERED that unless otherwise permitted by the Court, counsel shall appear with their clients at such time and place fully authorized to accomplish settlement of the case and prepared to engage in effective settlement negotiations.

The parties shall each submit to Judge Nivison, **on or before February 22, 2017,** an in camera statement, no more than five pages in length, setting forth their respective settlement positions concerning all issues involved in the case, setting forth a detailed articulation of the rationale for such position.  The parties shall

also submit as part of the <u>in</u> <u>camera</u> statement a realistic estimate of anticipated attorneys fees and costs in the event of trial to final judgment.  **These statements are not to be provided to the opposing side and shall be sent directly to Judge Nivison's chambers and not electronically filed with the Clerk.  These statements may be sent via email to <u>carol\_plummer@med.uscourts.gov</u>; or faxed to 207-942-0362; or by U.S. mail to Magistrate Judge John C. Nivison, 202 Harlow Street, Bangor, ME  04402; or delivered in hand to the Clerk's Office at 202 Harlow Street, Bangor, Maine.**

                          <u>/s/ John C. Nivison</u>
                          U.S. Magistrate Judge

Dated this 10th day of February, 2017.