# EXHIBIT F

## relationships that work
# green tree

PO Box 6172
Rapid City, SD 57709-6172

#BWNKDVR
#GMKJHMFQ1#

+ 0433735 000095829 09GT01-055801-P6P7P8
MARK A BOWEN
17 ORCHARD LN
MINOT ME 04258-4263

## MONTHLY BILLING STATEMENT
### Account Information

| | |
|---|---|
| Account # | 689456291 |
| Billing Date: | 06/15/2013 |
| Escrow Balance*: | $ -3,763.20 |
| Corporate Advance Balance**: | $ 27,521.86 |
| Unapplied Funds Balance: | $ 386.64 |
| Principal Balance***: | $ 179,589.54 |

| NEXT PAYMENT DUE DATE: | 07/01/2013 |
|---|---|
| Current Payment: | $ 870.61 |
| Past Due Payment: | $ 9,576.71 |
| Escrow Due: | $ 3,885.78 |
| Insurance Due: | |
| Additional Charges Due: | |
| Billed Late Charges: | |
| **Total Amount Due:** | **$ 14,333.10** |

*Escrow represents monies collected and held by servicer for the future payment of taxes and insurance.
**Corporate Advances represents monies advanced by servicer to pay taxes, insurance, and any other amount currently due that are not part of an escrow account.
***This is not the amount required to pay your account in full.

### GENERAL INFORMATION

**CORRESPONDENCE ADDRESS**
Send inquiries (not payment) with your account number to
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

**CUSTOMER SERVICE**
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST

www.gtservicing.com

Telephone calls may be monitored or recorded for quality assurance and training purposes.

**PAYMENT ADDRESS**
Green Tree
PO Box 94710
Palatine, IL 60094-4710

SEE REVERSE SIDE FOR ADDITIONAL CONTACT AND OTHER INFORMATION

### IMPORTANT MESSAGES

Contact JASON T. at 1-800-643-0202, extension 85426.

This communication is from a debt collector. It is an attempt to collect a debt and any information obtained will be used for that purpose.

YOUR ACCOUNT IS SERIOUSLY PAST DUE ! CALL 800-643-0202 FOR PAYMENT ARRANGEMENTS

You have an unapplied funds balance due to a partial payment.

### ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 06/15/2013

| Date Recv'd | Principal Amount | Interest Amount | Additional Principal | Unapplied Amount | Physical Damage | Supplemental Products | Other Insurance | Add'l Chrgs/ Late Chrgs | Escrow Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/31/2013 | | | | | | | | | -3,763.20 |

*O0S582*

---

Detach and return this portion with remittance

## relationships that work
# green tree

-Please make checks payable to Green Tree-
ACCOUNT NUMBER 689456291

Receipt of a personal check is authorization to collect payment electronically.

| PAYMENT DUE DATE | 07/01/2013 |
|---|---|
| TOTAL PAYMENT DUE | 14,333.10 |
| TOTAL ENCLOSED $ | |

Enter total amount of payment enclosed

Extra Amt to Escrow

EQUAL HOUSING LENDER

Mark A Bowen
17 Orchard Ln
Minot ME 04258-4263

GREEN TREE
PO BOX 94710
PALATINE, IL 60094-4710

68945629    1    00087061    0001433310

EXHIBIT
Bowen 10
40  11/16/16

### ABOUT YOUR RIGHTS UNDER RESPA

You should be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding Bank of America, N.A.'s servicing of your loan, it must be sent to this address:

**Bank of America, N.A.**
**Customer Service Correspondence, CA6-919-01-41**
**P.O. Box 5170**
**SIMI VALLEY, CA 93062-5170**

Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60-Business-Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2012 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved. Some products may not be available in all states. This is not a commitment to lend. Restrictions apply.

**relationships that work**

# green tree

PO Box 6172
Rapid City, SD 57709-6172

#BWNKDVR
#GMKJHMFQ1#

+ 0444979 000176143 09GT01-055801-P8
MARK A BOWEN
31 BUTTONWOOD LN
LWEISTON ME 04240-5203

## MONTHLY BILLING STATEMENT
### Account Information

| | |
|---|---|
| Account # | 689456291 |
| Billing Date: | 09/08/2013 |
| Escrow Balance*: | $ -3,763.20 |
| Late Fee Balance: | $ 24.19 |
| Corporate Advance Balance**: | $ 27,521.86 |
| Unapplied Funds Balance: | $ 386.64 |
| Principal Balance***: | $ 179,589.54 |

| NEXT PAYMENT DUE DATE: | 10/01/2013 |
|---|---|
| Current Payment: | $ 870.61 |
| Past Due Payment: | $ 12,188.54 |
| Escrow Due: | $ 4,843.38 |
| Insurance Due: | |
| Additional Charges Due: | |
| Billed Late Charges: | $ 24.19 |
| **Total Amount Due:** | **$ 17,926.72** |

*Escrow represents monies collected and held by servicer for the future payment of taxes and insurance.
**Corporate Advances represents monies advanced by servicer to pay taxes, insurance, and any other amount currently due that are not part of an escrow account.
***This is not the amount required to pay your account in full.

### GENERAL INFORMATION

**CORRESPONDENCE ADDRESS**
Send inquiries (not payment) with your account number to
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

**CUSTOMER SERVICE**
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST

www.gtservicing.com

Telephone calls may be monitored or recorded for quality assurance and training purposes.

**PAYMENT ADDRESS**
Green Tree
PO Box 94710
Palatine, IL 60094-4710

**SEE REVERSE SIDE FOR ADDITIONAL CONTACT AND OTHER INFORMATION**

### IMPORTANT MESSAGES

Contact TIFFANY C. at 1-800-643-0202, extension 85234.

This communication is from a debt collector. It is an attempt to collect a debt and any information obtained will be used for that purpose.

YOUR ACCOUNT IS SERIOUSLY PAST DUE ! CALL 800-643-0202 FOR PAYMENT ARRANGEMENTS

A late charge will be assessed if payment is not received within 15 days after the due date listed above.

You have an unapplied funds balance due to a partial payment.

### ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 09/08/2013

| Date Recv'd | Principal Amount | Interest Amount | Additional Principal | Unapplied Amount | INSURANCE Physical Damage | Supplemental Products | Other Insurance | Add'l Chrgs/ Late Chrgs | Escrow Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

*O04O2*

---

Detach and return this portion with remittance

**relationships that work**

# green tree

-Please make checks payable to Green Tree-
ACCOUNT NUMBER 689456291

Receipt of a personal check is authorization to collect payment electronically.

| Extra Amt to Escrow | Extra Amt to Late Fees |
|---|---|
| ☐☐☐☐.☐☐ | ☐☐☐☐.☐☐ |

| PAYMENT DUE DATE | 10/01/2013 |
|---|---|
| TOTAL PAYMENT DUE | 17,926.72 |
| TOTAL ENCLOSED $ | ☐☐☐☐.☐☐ |

Enter total amount of payment enclosed

EQUAL HOUSING LENDER

Mark A Bowen
31 Buttonwood Ln
Lweiston ME 04240-5203

GREEN TREE
PO BOX 94710
PALATINE, IL 60094-4710

68945629  1  00087061    0 001792672



EXHIBIT
Bowen 12
op 11/16/16

# Bank of America Home Loans

# Important Time Sensitive Information Enclosed

Your mortgage is approved for a loan modification.

To accept this offer, please sign and return the requested documents by June 14, 2013.

**Helpful tips to ensure a successful completion of your loan modification:**

- All borrowers must sign the enclosed documents *exactly* as the name appears. For example, if your name appears as John A. Smith, this is how you must sign your name.

- Return all requested documents with the *original* borrower signature(s). Do not send photocopies because they will not be accepted.

C3_5296-3