# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| MARK A. BOWEN )<br>)<br>        PLAINTIFF )<br>vs. )<br>)<br>DITECH FINANCIAL LLC, f/d/b/a )<br>GREEN TREE SERVICING LLC )<br>)<br>THE FEDERAL NATIONAL MORTGAGE )<br>ASSOCIATION )<br>)<br>        DEFENDANTS ) | CA No. 2:16-cv-00195-JAW |

## STIPULATION OF DISMISSAL IN REGARDS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(ii), Plaintiff, Mark A. Bowen, and Defendants, DiTech Financial, LLC f/d/b/a Green Tree Servicing, LLC and The Federal National Mortgage Association (FNMA) stipulate and agree to dismiss the above-captioned action with prejudice. As grounds therefore, the parties state that they have entered into a Confidential Settlement Agreement and Release by which both parties have agreed to be bound. This dismissal shall be without award of costs to any party, and each party shall bear its own attorneys' fees and other expenses related to this action.

Date:   April 2, 2018

                                        */s/ Andrea Bopp Stark*
                                        Andrea Bopp Stark, Esq.
                                        Molleur Law Office
                                        419 Alfred Street
                                        Biddeford, ME 04005-3747
                                        207-283-3777
                                        andrea@molleurlaw.com
                                        Attorney for Plaintiff Mark A. Bowen

                    DITECH FINANCIAL, LLC f/d/b/a
                    GREEN TREE SERVICING, LLC,
                    and THE FEDERAL NATIONAL
                    MORTGAGE ASSOCIATION,
                    Defendants

By and through their attorneys

*/s/ Richard Briansky*
Richard Briansky, Esq.
Amy B. Hackett, Esq.
Eckert Seamans Cherin & Mellott, LLC
*Attorneys for Defendants*
Two International Place
16th Floor
Boston, MA 02110
617-342-6800
rbriansky@eckertseamans.com

## CERTIFICATE OF SERVICE

I, Andrea Bopp Stark, hereby certify that I am over eighteen years old and caused a true and correct copy of the Stipulation of Dismissal to be served on the parties per the Court's ECF electronic filing system, on April 2, 2018.

Dated: April 2, 2018

By: */s/ Andrea Bopp Stark*
Andrea Bopp Stark
Molleur Law Office
419 Alfred Street
Biddeford, ME 04005-3747
207-283-3777
andrea@molleurlaw.com